IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARILYN ADAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-621 |
| | : | |
| v. | : | |
| | : | |
| ZIMMER US, INC., ZIMMER HOLDINGS, INC., ZIMMER, INC., and ZIMMER SURGICAL, INC., | : | |
| | : | |
| Defendants. | : | |

# **ORDER**

**AND NOW**, this 14th day of August, 2018, after considering the motion for summary judgment and accompanying documents filed by the defendants, Zimmer US, Inc., Zimmer Holdings, Inc., Zimmer Inc., and Zimmer Surgical, Inc. (Doc. Nos. 75-77), the response in opposition to the motion and accompanying documents filed by the plaintiff, Marilyn Adams (Doc. Nos. 89-91), the defendants' reply to the response in opposition and response to the plaintiff's counterstatement of facts (Doc. Nos. 100, 101), the record presented to the court by the parties, and the arguments presented to the court during oral argument on July 25, 2018; and for the reasons set forth in the separately filed memorandum opinion; accordingly, it is hereby **ORDERED** as follows:

1. The motion for summary judgment (Doc. No. 75) is **GRANTED**. Summary judgment is entered in favor of the defendants, Zimmer US, Inc., Zimmer Holdings, Inc., Zimmer, Inc., and Zimmer Surgical, Inc., and against the plaintiff, Marilyn Adams, on all counts of the second amended complaint (Doc. No. 34);

2. The motion for bifurcation and separate juries (Doc. No. 85), the motion to exclude testimony of Dr. Albert Burstein (Doc. No. 92), the second motion for summary

judgment (Doc. No. 93), the motion to exclude testimony of Dr. George Kantor (Doc. No. 94), the motion to exclude testimony of Dr. Stephen Li (Doc. No. 95), and the motion to strike the second motion for summary judgment (Doc. No. 96) are **DENIED AS MOOT**; and

    3.    The clerk of court is **DIRECTED** to mark this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.